**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **JOSE LEANDRO TOCTE CHACHA,** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **NO. SA-26-CV-4936-OLG** |
| | § | |
| **WARDEN BOBBY THOMPSON *et al.*,** | § | |
| **Respondents.** | § | |

# DISMISSAL ORDER

Before the Court is the second Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241 by Petitioner Jose Leandro Tocte Chacha. (Dkt. No. 1.) Upon review, the Court finds that the Petition should be and hereby is **DISMISSED WITHOUT PREJUDICE** without service on Respondents.

The Court previously ordered that Petitioner, an applicant for admission mandatorily detained under § 1225(b), be given a bond hearing on due process grounds. (*See* Dkt. No. 1 at 5).The Court can review neither the adequacy nor the results of that hearing. *See* 8 U.S.C. § 1226(e). And the Court cannot conclude that Petitioner is entitled to any further relief, as Petitioner has already received more process than is due. *See Sosnava-Rodriguez v. Vergara*, --- F.4th ---, 2026 WL 3181188, at *5 (5th Cir. 2026) (en banc) ("[D]ue process does not entitle [applicants for admission] to additional proceedings beyond what Congress has provided before they may be detained pending removal.").

It is so **ORDERED**.

The Clerk is directed to **CLOSE** this case upon the entry of this Order.

**SIGNED** on November 14, 2026.

ORLANDO L. GARCIA
United States District Judge